IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                                        4:14-CR-00124-SWW

JOHN GARY WINSTON

**ORDER**

For the reasons set out below, Defendant's Motions for Compassionate Release (Doc. Nos. 74, 75) are DENIED.

Defendant pleaded guilty to being a felon in possession of a firearm and he was sentenced to 188 months in prison on November 17, 2015.[1]

Defendant seeks compassionate release based on his medical conditions and *Concepcion v. United States*.[2] Despite his argument to the contrary, Defendant remains a career offender under the guidelines.[3]  Additionally, his medical conditions are not extraordinary. Finally, the relief is not warranted after consideration of the § 3553(a) factors – specifically the need for the sentence to reflect the severity of the offense and to protect the public from further crimes by Defendant.

IT IS SO ORDERED, this 17th day of April, 2023.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 29, 43, 50

[2] 142 S. Ct. 2389 (2022).

[3] Defendant has a 2005 conviction for attempted possession of marijuana with intent to distribute and a 2007 conviction for distribution of cocaine.