IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                             4:14-CR-00124-SWW

JOHN GARY WINSTON

### ORDER

By order entered April 17, 2023, the Court denied Defendant's motion seeking compassionate release. *Doc. 77*. Now before the Court is Defendant's *pro se* motion to alter the judgment pursuant to Rule 59(e) of the Federal Rules of Civil Procedure. *Doc. 79*. He argues that "if this Court [had] considered the crime of violence argument he made under *Concepcion v. United States*, —— U.S. ——, 142 S. Ct. 2389 (2022), that he is not a career offender, the outcome of this Court's proceeding would have been different." *Id. at 1*.

Rule 59(e) provides a short window of opportunity, 28 days after the entry of the judgment, to file a motion to alter or amend the final judgment in a civil case. Here, Defendant merely seeks reconsideration of the decision denying his post-judgment motion seeking compassionate release. For reasons stated in the April 17 order, the motion (*Doc. 79*) is DENIED.

IT IS SO ORDERED this 5th day of May, 2023.

/s/Susan Webber Wright
UNITED STATES DISTRICT COURT